UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH O. OWENS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JOE A. LIZARRAGA,<br><br>　　　　　Respondent. | No. 2:16-cv-02977 AC P<br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Plaintiff has consented to the jurisdiction of the undersigned Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c) and Local Rule 305(a). See ECF No. 6.

Review of the petition and related filings demonstrates that petitioner intended for these matters to be filed in Case No. 2:15-cv-01286 KJM GGH P, in which petitioner was granted a stay and abeyance to exhaust state court remedies by order filed January 5, 2017.[1] Therefore, petitioner's filings in the instant case will be transferred to Case No. 2:15-cv-01286 KJM GGH P, which shall become petitioner's only remaining open case. Petitioner must file all further

---

[1] The undersigned notes that, prior to the opening of the instant case, petitioner sought to submit his exhausted petition in yet a third case, Case No. 2:16-cv-02272 CKD P, which previously had been closed because duplicative of Case No. 2:15-cv-01286 KJM GGH P.

1

documents concerning his petition for writ of habeas corpus in Case No. 2:15-cv-01286 KJM GGH P.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to file in Case No. 2:15-cv-01286 KJM GGH P the following documents inadvertently filed in the instant case: Petition for Writ of Habeas Corpus (ECF No. 1), Notice of Filing (ECF No. 3), and Exhibits (ECF No. 5).

2. The Clerk of Court shall, on the docket in Case No. 2:15-cv-01286 KJM GGH P, reference and summarize the instant order.

3. Petitioner shall file all further matters concerning his petition for writ of habeas corpus in Case No. 2:15-cv-01286 KJM GGH P.

4. The instant action is dismissed without prejudice; the Clerk of Court is directed to close this case.

DATED: March 21, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE